Case #: 1:23-cv-00357

FILED

OCT 02 2023 JC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(1.)

## Body of Complaint
## Amended Complaint

(1) Your Honor, with the Legal knowledge I have, I have the Proper Jurisdiction, and Venue, to File this Disability Discrimination Complaint, for this Claim, in this Federal Court/Northern District of Illinois/Chicago, Illinois. I Request the Courts Permission, for Motion for Leave to File this Amended Complaint, Under Title III of the ADA Federal Law for Privately Owned Living Facilities, and for Violation of Title III Federal Law by Landlord John Brannen, and Network Property Management, for Chronic Fatigue Syndrome.

(2) Mid-June 2019 - I Met In Person with Landlord John Brannen at About 3:00pm, in Apartment A, at 4380 Central Ave., Western Springs, Il. 60558. I Inquired About Renting Apt. A, and told Landlord Brannen, that I have the Disability CFS/Chronic Fatigue Syndrome, and I have Section 8 Rental Assistance. Landlord Brannen AGREED to Accept My Rental Assistance. I Also told him I was Looking for a 10 year Tenancy! Landlord John Brannen TOLD Me He, Would be in Apt. E !!!

(3) Early July 2019 - I Met with Landlord John Brannen at his Office at 901 Burlington Ave., (2nd Floor), Western Springs, Il. 60558 - (Suite 208) 1·708·246·3737. There I Showed Landlord Brannen, The Medical Article," The CDC's Pharmacogenomic's Studies IV: Heredity and Chronic Fatigue Syndrome, (ME/CFS) by Cort Johnson (2006)," and I and I TOLD Landlord Brannen that CFS/Chronic Fatigue Syndrome, was a DNA Disorder, Caused by 8 Malfunctioning Genes, there was NO Cure for It, & that it Encompassed a Nervous System Problem. I asked Landlord Brannen to Accommodate My Disability by Asking that the Person Playing

(2.)

<u>Body of Complaint</u>

<u>Amended Complaint</u>

(3) <u>Continued</u> - the Violin in Apartment B, Somehow Muffle that Sound. The Man Played it from 9:30am - 11:00am, it Seemed like Almost Each Day. He Also Played it from 8:00pm - 9:30pm. So, I Already <u>ASKED</u> Landlord Brannen for/to Accommodate My Disability, <u>BEFORE</u> I Moved into the Building.

(4) <u>Request for Tenancy Approval</u> - July 11, 2019 - So by this Date, when we had already Signed this Document, I Signed it First on July 9, 2019. Landlord Brannen Signed it on July 11, 2019. So, by this Date Landlord Brannen, <u>KNEW</u> I had the Disability," CFS/Chronic Fatigue Syndrome, (the British/European Name for CFS, is ME = Myalgic Encephalomyelitis/Chronic Fatigue Syndrome). But Landlord Brannen DID <u>NOTHING</u> About My Request for Accommodation, Until November 13, 2019.

(5) <u>August 1</u>, 2019 - Landlord John Brannen, and Carl Bass Signed the Lease in the Hallway, at My Old La Grange Apartment Building Hallway at 36 S. Kensington Ave. 60525.

(6) November 13, 2019 - I Met Landlord John Brannen in his Office in the Late Afternoon on this Date, his Older Brother Landlord Lawrence Brannen was there Also. In Early July 2019, at the Other Office Meeting, I Did Tell Landlord John Brannen that I Can Get Heart Palpitations, Tremors in My Hands, Panic Attacks, and at Worst, I'd Also have to Go to the Bathroom, I said this <u>AGAIN</u> at this November 13, 2019 Meeting. Landlord John Brannen was <u>NOT</u> Going to Do Anything About this, and Accommodate Me. It was his Brother Lawrence Brannen, who Stuck Up for

(3.)

## Body of Complaint
## Amended Complaint

(6) November 13, 2019 - Continued - Me, and Told John Brannen that It was the Asian Woman's Boyfriend in Apartment B, who was Playing/Screeching on the Violin, (Her Boyfriend was NOT on the Lease)! So then, Landlord John Brannen said, "He Would E-Mail the Asian Lady, and ask that Her Boyfriend, Play the Violin, in the Bedroom, with the Door Closed!" That Solved the Problem for this, AFTER I Gave Landlord John Brannen My Letter Dated November 22, 2019. This Meeting was Again at 901 Burlington Ave., Suite 208, Western Springs, Il. 60558. 1·708·246·3737.

(7) November 2019 - My Neighbor Kristin Oblazny, Apt. D 2nd Floor, 4380 Central Ave., Western Springs, Il. 60558, Landlord Lawrence Brannen told her to Talk to Me, About Kristin Getting a Dog. Kristin O., and I Texted, because She Left Me Her Phone Number, and I Told Her About My Concerns with her Getting a Dog. She Assured Me, She Would Put her Dog in Doggy Day Care, (which She Has Done). I'm Trying to Keep this Story in a Chronology, but I want to End this Story. In Probably June, July 2022, Kristin O. Left her Little Male Dog, "Jude", in her Apartment by Himself, for 4 Consecutive Days, for at Least 3 hours Each Time, and her Dog Jude, Would Bark, and Howl like a BEAGLE, (it's NOT a Beagle.)(he's NOT a Beagle), I Left her a Note on her Door About her Dog, and had to Call the Police 2 Times, to Get Kristin O. Back to the Building to Care for her Dog. I Gave her a Copy of Cook County Law, About Animal Care. Kristin O. Put an Open Face Letter on My Door FALSELY Inferring I was Supposedly Stalking Her, (which I was NOT),

(4.)

## Body of Complaint
## Amended Complaint:

(7) November 2019 - My Neighbor Kristin Oblazny, Apt. D.
Continued - I was ORDERED by Rose Gilloo Network Property,
NOT to Put a Legal Response Letter on Kristin O.'s Apt. Door,
I Did Put a Legal Response Letter on Kristin O.'s Apt. Door,
I Had to Tell her If She Left Me Any More Letters where
She's Slandering Me, I Would have to See Her in Cook County
Court, And Sue Her for Slander. Result: Kristin O. has
Quieted her Dog Jude Down by 95%, Kristin O., and I, No
Longer Speak, but at Least She Taught her Dog Jude, to
CALM DOWN! And She Doesn't Leave him Alone! End of that Story.
But I'm Sure this was One of the Reason's My Lease was
NOT Renewed in 2022. Kristin Also KNEW About My Disability,
Chronic Fatigue Syndrome, and that it Encompassed a Nervous
System Problem! This was ALL Disability Related!!! Kristin's
Dog Would wake Me Up, Out of a Sound Afternoon Nap, with
Its' Barking/Howling! Landlord/Management Could have Control!

(8) January 8, 2021 - Letter John Brannen to Carl Bass - I
Believe that I was Sent this Letter, (Actually It was
Slipped Under My Apartment Door)! BEFORE Carl Choate
Moved into Apartment E, 1st Floor Below Me! Right in
the First Paragraph Landlord John Brannen, is Mis-
Medically Diagnosing Me, and My My Disability, by
Saying, "You have a Disability, where you are Acutely
Sensitive to Noise". Landlord Brannen is INFERRING
that with My Disability Chronic Fatigue Syndrome, that I
Supposedly have, "An Acute Sensitivity, to ALL Noises!" I
Don't!!! I NEVER Complained about Tenants, Taking Showers,
Baths, Making Meals, Walking In their Apartments, or

(5.)

*Body of Complaint*
*Amended Complaint*

(8) January 8, 2021 - Letter John Brannen to Carl Bass - Cont: - On Walking in the Outside Hallways, and Talking, Etc.!!! Around this Time I Read Some Legal Literature, and it said I was EXEMPT from the Village of Western Springs Noise Ordinance because of My Disability, because I'm Not of, "Normal Sensitiveness", but NOR am I "Acutely Sensitive to ALL Noises!!!" And as You See, I was Given 2 Options by Landlord John Brannen, (1) Purchase a Pair of Noise Cancelling Headphones, (So the Disabled Person/Tenant, Can Accommodate My Neighbors)!!! ??? Instead of the Other Way Around! Or (2) Move to a More Private Residence, their La Grange Coach House for $1,500.⁰⁰ a Month, and I Would be Responsible for 2 Utilities, to Pay them! Landlord John Brannen KNEW HACC/Housing Authority Cook County Would NOT Pay $1,500.⁰⁰ a Month for a Residence like this!!! I TOLD him they Wouldn't!!! So I was Left with 2 Options, SHUT UP, or MOVE, I was AFRAID, so I had to Shut Up!!! Failure to Accommodate!

(9) April 2021 - Carl Choate Moved into Apartment E Below Me - Mr. Choate Pretty Quickly After He Moved in, Pretty Quickly Installed 3 Audio Speakers VERY CLOSE to His Ceiling, (Right Under the Floor of My Apt. A), in a Triangular Pattern, Around My Bed, So My Bed was In the Middle of the Triangle Pattern of His TV Stereo Sound System SPEAKERS! And C. Choate Would BLAST that TV Stereo Sound System Up through My Bed, the Volume, and Base!!! I was Relegated to My Bathroom!!! (< For Hours to Get Away from the Sound)! I Took this for Months, then I Called the Police on Mr. Choate ONCE,

(6.)                                          _Body of Complaint_
   (9) - Continued -                    Amended Complaint

(9) April 2021 - Carl Choate Moved into Apt. E Below Me - I
Dared NOT Call Landlord John Brannen, to ask for an
Accommodation for My Disability, I had already Gotten
One Move Out Letter Already !!! I Believe I Wrote Mr. Choate
a Letter, and Put it on his Apt. E Door Explaining My
CFS/Chronic Fatigue Syndrome Disability, but He Didn't
Care about WHAT I went Through with My Disability, NEITHER
Did Landlord John Brannen, Neither Did the Western
Springs Police. So, No Matter where I Went for Help, I Didn't
Get Any! I Don't Think Network Property was/had been Hired
by Landlord John Brannen Yet! Mr. Choate Moved onto
the 2nd Floor Apt. C, (Kitty Korner from Me), and he was
MUCH Quieter on the 2nd Floor, Mr. Choate Probably Moved
Out of the Building before the End of 2021! I had NOTHING
to Do, as to WHY Mr. Choate Moved Out of the Building !!! That's
Another Thing Landlord John Brannen has Done, Is BLAME
Me, When a Tenant Moves Out of His Building!!! Failure
to Accommodate !!! * This is WHY I had to Write My Fellow
Tenants Letters Explaining My Disability, because If I
asked Landlord John Brannen to Accommodate My
Disability, I Got a MOVE OUT LETTER !!! So I Wrote Letters
to My Fellow Tenants to Elicit their Kindness, and Cooperation
BECAUSE of My Disability CFS/Chronic Fatigue Syndrome !!!!

(10) November 20, 2021 - Landlord John Brannen Letter to
Carl Bass - This Letter was Slipped Under My Door by Landlord
Brannen, a Good 85% of this Letter is a LIE Michelle
Berger, (Formerly of Apt. E & F), Did NOT Play her TV Stereo
Sound System Volume at a #5, She Played the Volume at Least

Amended Complaint
Body of Complaint

(7.)

(10) November 20, 2021 - Continued - a #70, on Her Remote Control !!! And I asked Landlord Brannen to Also ask her to Lessen the Base Also! Landlord Brannen Also Continued to Mis-Medically Diagnose Me as Being, "Hypersensitive to Noise." Which Infers to ALL Noises! And that is NOT My Disability CFS/Chronic Fatigue Syndrome. Michelle Berger Did NOT Go to Bed at 9:00pm - 10:30pm, She was Awake Blasting Her TV Stereo Sound System, Up Through My Bed Until 2:30am !!! Landlord Brannen is Making Stuff Up Again 5th Paragraph, When He's INFERRING that I was Supposedly Complaining About Me Supposedly Hearing Michelle Berger's Footsteps, and Noise in the Kitchen, which he says, "which is All Normal." I NEVER Complained About Hearing M. Berger's Footsteps in the/and Noise in the Kitchen !!! Then You Can See, Mr. Brannen asks Me to Split the Cost for New Carpeting for My Apt. A, "to Help Muffle the Noise from Below in M. Berger's Apt. E! Then on Pg. 2 - Mr. Brannen is Mis-Medically Diagnosing Me by Saying, "If You are EXTREMELY Sensitive to Noise", he Recommends that Me/ Carl Bass/the Disabled Person, "Wear Noise Cancelling Headphones During the Day". Then Lastly (3) Landlord Brannen says, "If this Persists, You May want to Look into Other Housing Arrangements, perhaps a Single Family Home, where You Would have More Control of Surrounding Noise." You See Pg. 2 - 2nd Paragraph Ends, "But, If these Things are Chronically Upsetting You, You May Need to Reconsider Your Options." As You See, I Didn't Just Got ONE Letter like this, I Got SEVERAL !!! And Out of FEAR, You're Going

8.

Amended Complaint
Body of Complaint

(10) November 20, 2021-Continued – to be FORCED to Move, You SHUT Your Mouth, and You Don't Ask Your Landlord to Accommodate Your Disability, by having them, or Her, Pick Up Her Remote Control, & Turn Down the Volume, & LESSEN the Base/Bass !!! You Just Shut Your Mouth, & Don't Ask for the Disability Accommodation !!! * I GAVE Landlord Brannen Other Suggestions, like Have Michelle Berger wear Wireless Ear Buds, She could Make Compatible with Her TV Stereo Sound System, but he REJECTED that saying, "Either, He Couldn't Make Her Wear them, or She Wouldn't Wear them!" But, I as the Disabled Person was Supposed to Accommodate My Healthy Neighbor!

(11) December 22, 2021 – Letter from Landlord John Brannen to Carl Bass – I NEVER Gave My 2 Female Fellow Tenants Kristin Oblazny Apt. D, & Michelle Berger, (Formerly of Apts. E & F), "Very Disturbing Letters !!!" I Gave K. Oblazny 2 Notes, (1) About the Power being Knocked Out, (2) I wanted to Clear Up a Misunderstanding, She & I had. And Michelle Berger, I Just Gave Her a LEGAL Letter, I Posted on Her Apt. E Door, Just Explaining My Disability, & Trying to Elicit a Compassionate Response from Her. Yes I Did HAVE to have the Deputy Police Chief Dan Albrecht Call Her, & ask Her to PLEASE Turn Down the Volume of her TV Stereo Sound System, & LESSEN the Bass/Base! And You Can See the Response I Got, AGAIN Mis-Medically Diagnosing Me as, "Hypersensitive to Sounds," INFERRING ALL Sounds !!! Then Again Telling Me, "YOU Can Put in Ear Plugs, YOU Can Get Noise Cancelling Headphones," And SPLITTING the Cost with Me to Put a Rug Under My Bed in Apt. A, "to Muffle the NOISE!"

Amended Complaint
Body of Complaint

(9.)

(11) December 22, 2021 - Continued - then in the 5th Paragraph Landlord Brannon says," These are the ONLY REASONABLE Suggestions I Can think of, and of Course, if the NOISE is Bothering You Excessively, to the Point where You are Becoming Ill, then I Would Recommend You Live ELSEWHERE!" I Wasn't Asking Michelle Berger Apt. E, "to Alter their/her Normal Lifestyle for Me". I was Asking for an Accommodation for My Disability CFS/ Chronic Fatigue Syndrome, which Encompasses a Nervous System Problem, which Landlord John Brannon KNEW About, BEFORE I Moved into this Apartment Building!!! Then In the 5th Paragraph, Landlord John Brannon is Mis-Medically Diagnosing Me Again saying," You HAVE a Hypersensitivity to Sound,"(AGAIN INFERRING ALL SOUNDS), and to ask Michelle to keep her Television, set to a Level, She Cannot Hear, is NOT being Realistic". Michelle Berger was 42 Years Old, when She Lived Here, I'm 66 Years Old, How is it, that I HEARD M. Berger's TV Stereo Sound System Volume, Blasting Up, through My Bed, that was LOUDER than My Own TV, (and her Bass/Base), But, M. Berger, Supposedly, Couldn't Hear the Volume, of her TV Stereo Sound System, WITHIN her Own Apartment!? M. Berger had NO Hearing Problems!!! Yet, Me/Carl Bass/the Disabled Tenant, was Expected to Accommodate My Healthy Neighbor, OR Landlord John Brannon," Recommended YOU/Me Carl Bass Live Elsewhere!" So, You Learn, SHUT UP, You Can't ask for an Accommodation for Your Disability CFS, Otherwise, YOU Carl Bass, are Going to be FORCED to Move Out of this Building!!! Landlord John Brannon Also Told M. Berger



<u>Body of Complaint</u>
<u>Amended Complaint:</u>

(11) <u>December 22, 2021 - Continued</u> - that, "He/Meaning Me Carl Bass, <u>Did this</u> to Carl Choate Also!" Carl Choate was the <u>Previous Tenant</u> in Apt. E, <u>BEFORE</u>, M. Berger Moved in, & <u>Yes</u>, I Did <u>Ask</u> that Carl Choate <u>also</u> Turn DOWN the Volume of his TV Stereo Sound System, & <u>LESSEN</u> the Base/Bass !!!

(12) <u>January 7, 2022 Friday</u> - <u>Carl Bass' Response Letter to</u> <u>Landlord Brannen's</u> Dec. 22, 2021 Letter to C. Bass. I want to Restate that I Met Landlord Branner <u>HERE</u> at the 4380 Central Ave. Building in <u>Mid June</u> 2019, & We Spoke in Apt. a, I Told him then that I have the Disability CFS/ Chronic Fatigue Syndrome, I Told Landlord Brannen that CFS was Caused by 8 Malfunctioning Genes, & their was <u>No</u> Cure for It, & I Educated him About How Section 8 Rental Assistance Works! I Made a <u>MISTAKE</u> in this Letter, that is/ those are/the <u>Correct Facts</u>. Then in Early July 2019, Landlord John Brannen, & I Met at His office at 901 Burlington Ave. Suite 208 - then I Gave him the Medical Article, "The CDC's Pharmacogenomic's Studies II : Heredity and Chronic Fatigue Syndrome (ME/CFS) by Cort Johnson(2006)." And I Told Landlord Brannen, that, "CFS/Chronic Fatigue Syndrome", Encompassed a Nervous System Problem". And I Asked him for a Disability Accommodation <u>BEFORE</u> I Moved into the Building with the Asian Lady, in Apt. B, I asked that He Talk to the Person/People in Apt. B, So that the Violin Sound, was at the Very Least <u>Muffled</u>, from COMING Through the Bathroom/ Kitchen Wall. Landlord John Brannen, was <u>NOT</u> Going to Honor this Accommodation for My CFS Disability, It was

_Amended Complaint_
_Body of Complaint_

(II.)

(12) January 7, 2022 - Continued Bass Letter to John Brannen his Brother Lawrence Brannen, who Came to My Defense, & Told J. Brannen, that It was the Asian Lady's Boyfriend in Apt. B, (He was NOT on the Lease.), ONLY then, Did Landlord J. Brannen become Agreeable to Grant this Disability Accommodation, & he E-Mailed the Asian Woman in Apt. B, & asked, that Her Boyfriend Play the Violin, in the Bedroom, with the Door Closed. But, this was NOT Until November 2019. By the Time Landlord Brannen Gave Me his Dec. 22 - 2021 Letter, that was 3, "Move Out Letters", that he Had Given Me, So You Got AFRAID to Try to ASK Him to Accommodate My Disability CFS/Chronic Fatigue Syndrome!!! I Did the Best I Could!!! I was Also FORBIDDEN by Landlord John Brannen, to Give LEGAL Medical Letters to ANY Neighbors EXPLAINING My Disability CFS to them, to Elicit, their Compassion, & Cooperation!!! If I had Gotten the Disability Accommodation for My CFS Disability from Landlord Brannen, I Wouldn't have NEEDED, to Write My Neighbors Letters, about My CFS Disability, in the First Place, to Elicit their Compassion, & Understanding! Then Landlord John Brannen FORBID Me, to Write My Neighbors LEGAL Medical Letters also!!! So, the Message was SHUT UP, or MOVE!!!

(12A) June 27, 2022 - Network Property 60 Day Notice - In Late May, or Early June 2022 - When Landlord John Brannen told Me on the Phone, "If You Don't Take Rear Apt: G, I'm NOT Going to Renew Your Lease on Apt: A", I Got this Notice from Network Property in the Mail. This Phone Call was also where Landlord Brannen said, "This is NOT a Convalescent Home!"

(12.)

*Body of Complaint*
*Amended Complaint*

(12B) Network Property Statement to Carl Bass, April, May, June, July 2022 - This ALL Relates BACK to February 2022 - when Landlord John Brannen, Slipped a Note with the Key to Rear Apt. G, Under the Door of My Apt. A. He Told Me in the Note to Go Look at Rear Apt. G! But, by About May/June 2022 - when I Financially Couldn't Move to Rear Apt. G, then I Got My Lease NON-Renewal, & the Phone Call from Landlord John Brannen, Where he Told Me, "If You Don't Move to Rear Apt. G, I'm NOT Renewing Your Lease on Apt. A, this is NOT a Convalescent Home." THEN In July 2022 - I THINK I Got this Statement from Network Property by U.S. Mail. It says that I Owe them a TOTAL of $3,546.00 for April, May, June, & July 2022 !!! This was ALL because Landlord John Brannen Told HACC/Housing Authority Cook County Employees, that I WAS MOVING to Rear Apt. G, & HACC, STOPPED the Direct Rent Deposits on My Apt. A !!!! So, I HAD to Financially Straighten Out ALL of this, WHILE I was Being FORCED to Move Out of the Building !!! Because Landlord John Brannen, Didn't want to Accommodate My CFS/Chronic Fatigue Syndrome Disability !!! Landlord John Brannen Also TRIED to Get Michelle Berger Apt. E, to Move to Rear Apt. G, BEFORE He tried to Get Me to Move to Apt. G! But, M. Berger Wouldn't Move to Apt. G, because it was to EXPENSIVE! And She/M. Berger Didn't Get a NON-Renewal of her Apt. E Lease! And, M. Berger Eventually Moved to 1st Floor Apt. F in September 2022! M. Berger Abandoned Apt. F, About June 2023, Owing Rent Money !!!!

(12A.)

_Body of Complaint_
_Amended Complaint:_

(12C) July 26, 2022 – Carl Bass' Letter to Network Property Rose Gilboa – I HAD to CLEAR UP, this months-worth of a Financial MESS, that Landlord John Brannen CAUSED ME, when he Told HACC/Housing Authority Cook County, I was Moving to Rear Apt. 2! And, I HAD to CLEAN UP this Mess, WHILE I was being FORCED to MOVE Out of the Building, because I Couldn't AFFORD to Move to Rear Apt. 2! AND because, Landlord John Brannen, Didn't want to TRY to accommodate My CFS/Chronic Fatigue Syndrome Disability, & Its Accompanying Nervous System Problem!!!! RATHER than to TRY to accommodate My CFS Disability, it was EASIER, for Landlord John Brannen, to Get Rid of Me, & FORCE Me, to Move!!! The Rest of the Letter is Self-Explanatory!! And they have STOPPED, & STARTED My Rental Assistance Since then, FORCING Me to Move AGAIN, when they Got a Copy of Your Honor's April 18, 2023 Order!!!

(14) September 26, 2023 – Network Property Statement – I Just Received another E-Mail Today, Notifying Me, that they Will NOT Renew My Lease Beyond October 31, 2023. A Copy of that Statement is in this Complaint. Recently, Defendants BRAGGED, that THEY Got My Rental Started Again! I/Carl Bass did 95% of the Work, to CONTINUE My Rental Assistance Payments to Defendants!!! I CANNOT Unilaterally Renew My Rental Assistance by Myself, (as Defendants Lawyer Recently Inferred), the Rental Assistance Can ONLY be Renewed by "Mutual Agreement," whether it's for One Month, Or an Entire Year, & ALL the Defendants KNOW this!!! BACK YOUR CLAIM!!!

_Amended Complaint / Body of Complaint_

(14.)

(15) _Intimidation_ – In Early 2020 I had Signed a New Lease Statement for $1,000.00 a Month, & Landlord John Brannen told Me, He wanted $1,025.00 a Month Rent. Even, his Accountant Patrick Called Me, and said, "Mr. Bass, Your Lease is for $1,000.00 a Month, You're ok!" I Told Patrick what Mr. Brannen said, & he was Silent, & We Ended the Call. I PAID the Extra $25.00 a Month, for 2 Months, & I Gave Landlord Brannen 2 Lower Amount Personal Checks, for the Next 2 Months, & Took BACK MY Money !!! In 33 Years of Renting, I've NEVER had a Landlord Do this !!! And I was SCARED that My Lease Wouldn't be Renewed, If I Didn't PAY the Extra Money !

(16) Requests for Disability CFS/Chronic Fatigue Syndrome Accommodation – What Documents I'm Turning in with this Complaint are Just a Sample of the Letters, and Phone Calls I Made, to Landlord John Brannen, Requesting Accommodation of My, "CFS", Disability. I am Stating 100% CLEARLY Mr. Brannen KNEW of My, "CFS", Disability the First Time We Met in Mid-June 2019, in Apt. A - 3:00 pm. By Early July 2019, we Met at his office 901 Burlington Ave., Suite 208, Western Springs, IL. 60558, & I Gave him the CFS Article, I've Included with this Complaint, and TOLD him that, "CFS", Encompassed a Nervous System Problem, & I was Already asking him for an Accommodation of My, "CFS", Disability !!! And Defendants have Failed to Reasonably Accommodate My, "CFS", Disability. Examples of this are in these Letters, I'm Admitting/Submitting with this Complaint; I'll Note Other Instances of, "Failure to Accommodate". It's Very Hard to Remember Events over a 4 Year Period !

*Amended Complaint / Body of Complaint*

(15.)

(17) <u>Failure to Accommodate</u> – I Believe Landlord John Brannen Hired Network Property Management <u>Sometime in 2021</u> – I Called Network Property Introduced Myself, & Spoke with Rose Gillece. I TOLD her I have CFS/Chronic Fatigue Syndrome, it's a Disability that Encompasses a Nervous System Problem, caused by 8 Malfunctioning Genes. (This Could have Been <u>November 2021</u>), because it was About the <u>Volume</u> of Michelle Berger's (Apt. E), her TV Stereo Sound System, & the Base/Bass. I asked Rose Gillece to Call, E. Mail, or Text, M. Berger, & ask her to Turn <u>DOWN</u> the <u>Volume</u> of her TV Stereo Sound System, & <u>LESSEN</u> the Base/Bass. Rose Gillece Agreed to Do that. But, M. Berger <u>Didn't</u> Abide by whatever Rose Gillece said to her. And I had to Call Rose Gillece, Probably a Couple of More Times. And then Rose Gillece told Me, "We Call her/M. Berger, and Tell her to Turn it <u>Down</u>, (the Volume on her TV Stereo Sound System), & the Next Day, She Turns it <u>Back Up</u>, We're <u>NOT Babysitters</u>!" I had to Call Rose Gillece at Least ONCE, maybe a Couple of Times More, About the Barking & Howling of Kristin Oblazny's Dog Jude, (Apt. D), <u>June or July 2022</u>, because Kristin O. was Leaving her Dog Jude <u>ALONE</u> in her Apt. for <u>3 hour Periods</u>, which would Cause her Dog to have PANIC Barking/Howling Episodes, for <u>3 Hours</u>, Times 4 Days in a Row, (So <u>12 Hours</u> of Panic Barking/Howling), & I Called Rose G. About this. Rose G. told Me, "This Doesn't Bother Anybody Else Carl, It's ALWAYS, <u>YOU, YOU, YOU</u>!!!! I was Asking for Accommodation for My, "CFS," Disability. I HAD to Call the Police <u>TWICE</u>, & I Wrote K. Oblazny a Letter, & Slipped it Under her Apt. D Door, Letting her <u>know</u> My, "CFS," Disability

(16.)

Amended Complaint / Body of Complaint

(17) Failure to Accommodate 2021 - 2022 Continued - Encompasses a Nervous-System Problem, Trying to Elicit her Understanding, & Cooperation. This was NOT Solved by EITHER ONE of the Defendants!!! NO Disability Accommodation from them, You Learn, You Either SHUT UP, or You'll be FORCED to Move!!! * As a Matter of Fact, Landlord John Brannon TOLD Me to Call Network Property NOT him, because he was Semi-Retired!!! * Landlord John Brannon also TOLD Me in June/July 2019, that he Would be Moving into the Apt. E, Below Me!! So, I Thought GREAT, I'll have My Quiet Landlord Below Me in Apt. E!!!

(18) Failure to Accommodate 2022 - It seems like it was about April 2022, I HAD to Call Landlord John Brannon about 6 Times, Over Maybe a Couple of Weeks, asking him to Contact Michelle Berges Apt. E Below Me, to ask him, to have her Turn DOWN the Volume, & LESSEN the Bass/Base of her TV Stereo Sound System, that She was Blasting Up Through My Bed, & it Took about 6 Calls to Get Her to Turn that Thing Down! Because I was Relegated to My Bathroom, to Get Away from It! (M. Berges Moved into Apt. E in November 2021). Landlord John Brannon called the Involuntary Symptoms I have, the Heart Palpitations, Tremors in My Hands, & Panic Attacks, "Your Cascading Symptoms," which he's known about Since the Meeting at his office at 901 Burlington, Suite 208, Western Springs, 60558 - Since the office Meeting of November 2019!!!! * Michelle Berger - NEVER Got a NON-Renewal of Her Lease!!!

<u>Amended Complaint / Body of Complaint</u>

(17.)

(19) <u>Intimidation, Fear, and Financial Instability</u> - BEFORE I Moved in, at Our FIRST Meeting here at 4380 Conteal Ave., Apt. A in <u>Mid-June 2019</u>, I STRONGLY ADVISED Landlord John Brannen <u>NOT</u> to Do ANYTHING, to <u>STOP</u>, <u>Screw Up</u>/ Delay, or in ANY Way IMPEDE these HACC/Housing Authority Direct Rental Deposits, from the Cook County Housing Authority, because You Cannot Turn these Payments ON, and OFF, like a Water Faucet, it Takes HACC Employees TIME to Get these, Direct Rent Direct Deposits Started, & Stopped! I had to <u>Apologize</u> to the HACC Employees because Landlord Brannen, has Started, & Stopped the HACC Direct Rent Deposits, Going on 6 Times in the Past 18 Months! I TOLD Landlord Brannen that I was Looking for a 10 Year Tenancy BEFORE I Moved Into this Building at Our FIRST Meeting in Mid-June 2019!!! ALL I have Gotten Since then is Intimidation, Fear, and Financial Instability!!! (< In these Last 4 Years, Especially these Last 2 Years, with ALL of these Moving/Discriminatory Moving Efforts)!!! And Lack of Disability Accommodation for My CFS/Chronic Fatigue Syndrome Disability/ and FORCED MOVING Efforts!!!

(20) <u>Tantamount to an Eviction</u> - When a Landlord/Defendant Doesn't Renew a Disabled Tenant's Lease for NO Good Cause, its' <u>Tantamount</u> to an <u>EVICTION</u>, because the Tenant HAS to Move EITHER Way!!! (Plaintiff Understands that Eviction Is by Court Action ONLY).

(21) <u>Copies of Plaintiff's Rent Portion Checks</u> - Plaintiff is Giving the Court Copies of My Rent Portion Checks for November 2023-February 2024, to Continue the Rental Assistance, So the Court Can Ascertain the Facts of this Case!

(18.)

*Amended Complaint / Body of Complaint*

(22) <u>Request for Tenancy Approval Document</u> – Your Honor, I Forgot to List this Document <u>Earlier</u>, but I'm Providing the Court a Copy, so Your Honor <u>knows</u> I was Talking with Defendant John Brannen in <u>Early</u> July 2019.

(23) <u>Defendants Argument About the HACC Rent Assistance</u> – Defendants SEEM to be Arguing they want Me to Move Out of the Building, because I <u>Didn't</u> Provide them with Enough Rent Money #1,250.⁰⁰ a Month. If Defendants ONLY Desired More Rent Money, they Could have Gotten the $1,250.⁰⁰ a Month in Rent, Actually MORE Rent than Defendant is Currently asking for with Me HERE in Apt. Q !!! If Defendants hadn't have been FORCING Me to MOVE Out of the Building Last Year 2022, I Could have Gotten Defendants a $110.⁰⁰ Rent Increase Last Year 2022, Raising the Rent to $1,210.⁰⁰ a Month in 2022. And I Could have Gotten Defendants Another $110.⁰⁰ Rent Increase in 2023, and the Rent Would NOW be $1,320.⁰⁰ a Month, $70.⁰⁰ MORE a Month, than Defendants are Currently asking for !!! (with the Rent Starting Out at $1,100.⁰⁰ a Month, in 2022) !!! So the "Not Enough Rent Argument," is MOOT, because the Defendants COULD have had MORE Rent, then they are Currently Asking for ! Defendants Did ALL of those FORCED Moving Efforts, Rather than Accommodating My CFS/Chronic Fatigue Syndrome, Causing Me FEAR, & STRESS !!! With their ATTEMPTED Discriminatory Evictions / Move Out Efforts !!!

(24) <u>Move Out Letter then a La Grange Restaurant Gift Card 2020</u> – Landlord Brannen Slipped one of these Move Out Letters Under My Door, then 2 Weeks Later, Slipped a $20.⁰⁰ Gift Card Under My Door.



*Amended Complaint / Body of Complaint*

(25) <u>Argument for Hidden Disability Discrimination</u> — Defendants are <u>PRETENDING</u> I'm Supposedly asking for," EXTRAORDINARY <u>Accommodation</u>," for My CFS/Chronic Fatigue Syndrome Disability, I'm asking for what <u>FEDERAL Law Allows</u> for Reasonable Accommodation by Defendants <u>CHANGING</u> their Rules, Policies, and Practices, to Accommodate My CFS/ Chronic Fatigue Syndrome Disability, and the Nervous System Promblem, Encompassed within this Disability, that I <u>TOLD</u> Defendant Landlord John Brannen About, in Early July 2019, <u>BEFORE</u>, I Moved into this Apartment Building !!! Defendants are <u>PERFECTLY</u> Capable of Reasonably Accommodating My Disability !!! It's <u>NOT</u> that Defendants <u>CAN'T</u> Accommodate My "CFS," Disability, it's that SPECIFICALLY, Defendant Landlord John Brannen <u>Doesn't</u> <u>WANT</u> to Reasonably Accommodate My, "CFS," Disability !!! And he Imparts his Attitude to Defendant #2 Network Property, to <u>ALSO</u> <u>Carry Out</u> his Discriminatory Attitude. But <u>BOTH</u> Defendants are <u>EQUALLY</u> as Discriminatory !!! NOBODY Can FORCE YOU, to <u>Discriminate</u> Against Someone, If You Don't ALREADY WANT to !!! So Landlord Brannen would Tell Me, to Call Network Property, I <u>Couldn't</u> <u>Get</u> Accommodation from EITHER of them, So then I'd <u>HAVE</u> to Call the Police, and the W.S. Police Would Tell Me, "Talk to Your Landlord !" So, I was STUCK in this, "VICIOUS CYCLE !!!" Then On Top of this I've Gone Through these <u>6 Now</u> Discriminatory Moving Events, in the Last 18 Months ! Defendants Believe, it's EASIER to Get Rid of Me, Rather than Accommodate My, "CFS," Disability !!!

## Amended Complaint / Body of Complaint

20.

(26) _Relief Sought_ – Plaintiff asks that Defendants Renew My ONE Year Lease at the Current HACC/Housing Authority Cook County APPROVED Rent Amount of $1,210.⁰⁰ a Month. I Will Get Defendants _Rent Raises_ in Line with My SSI Social Security Increases, So that I Don't Get Priced Out of this Apartment. And Plaintiff asks that Defendants Continue to RENEW My Lease, for the Next 5 Years. And I Ask the Court, to Put BOTH Defendants Under FEDERAL Monitoring, for the Next 5 Years, where they Have to; "Check in with the Court," in a Manner Your Honor Would Decide !!! Because BOTH Defendants CANNOT be Trusted ON THEIR OWN, to ACT in a NON-Discriminatory Manner, in this Situation !!! I ask the Court for Compensatory Damages but Need Time to Decide on the Amount.

(27) With My New Legal Claims Plaintiff Re-Alleges Paragraphs 1-26 Above, Based Upon the Above FACTS the Defendants are in Violation of FHA, which Prohibits Discrimination. Because of Above FACTS Defendants Violated Title III of the ADA FEDERAL Law. Because Defendants Leased a Place of Public Accommodation Apartment a. Plaintiff is being Denied Public Accommodation Apartment a, by Defendants, Due to his CFS/Chronic Fatigue Syndrome Disability. Wherefore Plaintiff Prays for Compensatory Damages, and Injunctive Relief.

Carl Bass
Pro Se

October 2, 2023

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff **Carl Bass**

v.

Defendant
John Brannen
Network Property

Case Number: 1:23.CV.00354

Judge: Virginia M. Kendall

Magistrate Judge: M. David Weisman

## Certificate of Service

I Hereby Certify that on October 2, 2023, a True, and Correct Copy, of the Foregoing Legal Motions have been Served on Defendants Lawyer Matthew J. Ligda, Via U.S. Mail.

Address: c/o Pretzel & Stouffer Law Firm
Matthew J. Ligda
(Suite 2600) 200 S. Wacker Dr.
Chicago, Il. 60606
1.312.578.7442
mligda@pretzel-stouffer.com

October 2, 2023

Carl Bass
Pro-Se

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Article I showed Landlord John Brannen July 2019, BEFORE, I moved into this Building, I TOLD him CFS Encompassed a*

# The CDC's Pharmacogenomic's Studies IV: Heredity
CFS= and **Chronic Fatigue Syndrome (ME/CFS)** by Cort
## Johnson (2006)

*Nervous System Problem!*

How much a role heredity plays in who gets CFS has puzzled researchers since its onset. Several familial studies have found evidence that CFS tends to run in families. The methods some of these studies employed has, however, been criticized. A familial tendency towards CFS is also not synonymous with a genetic tendency towards it. This is because families share not only genes but a similar environment as well. Since it only takes one person to serve as a vector for a pathogen it is possible, for instance, for members of a family to face increased exposures to particular pathogen relative to the community around it. Twin studies can also help disentangle the effects of heredity and environment. Five twin studies have indicated from low (25%) to moderate (43-51%) effects of heredity. The largest twin study, done in 2005 found that heredity played a modest role in CFS. Just as in the other studies, however, there are methodological limitations to twin studies.

Another way to look at the heredity question is to assess whether there are increased rates of mutation in specific genes thought to play a role in CFS; thus far five studies have examined single nucleotide polymorphism (aka gene mutations) in an array of endocrine, neurological and immune genes. These are the focus of this edition of Phoenix Rising.

### Single Nucleotide Polymorphism's

SNP's occur when a small spelling mistake occurs in one of the four nucleotide bases (ATCG) that make up our DNA. These mistakes are not uncommon – they occur - approximately 1 every 200 or so bases. In 1999, a consortium of pharmaceutical firms began a project to map 300,000 of the more common SNP's. When they finished several years later, they had mapped about 3 million of them but estimate as many as 30 million exist. For a variation to be considered a SNP it must occur in over one percent of the population.

These alterations are important because they can subtly or sometimes dramatically alter the structure or function of the protein that the gene is coding for. Variations in SNP's have been shown to impact how people respond to such varied factors as diseases, pathogens, toxins and pharmaceutical

drugs. While some diseases are caused by single mutations, researchers believe it probably takes many mutations to increase ones risk for such complex diseases such as cancer, diabetes, vascular diseases (and CFS).

The gene polymorphism studies, then, examine how important heredity - the genetic makeup one is born with - may be in CFS. The gene expression studies, on the other hand, measure what which genes are active at a single point in time. Although the two are different measures they are not unrelated; researchers are finding that people with different genetic make ups can have different gene expression results as well.

### Inherited Neuroendocrine Gene Variations Contribute to CF

S? *The 8 Malfunctioning Genes, Geneticists think cause, "Chronic Fatigue Syndrome", Page #4!*
* *The Word Above is* Encompassed !!!

*Goertzel, B., Pennachin, C., Coelho, L., Gurbaxani, B., Maloney, E. and J. Jones. 2006. Combinations of single nucleotide polymorphisms in neuroendocrine effector and receptor genes predict chronic fatigue syndrome. Pharmacogenomics 7, 475-83*

Of all the Pharmacogenomics papers this one made the biggest splash in the press. It was this study that suggested CFS patients have a genetic predisposition to their disease centered in a group of mutations (single nucleotide polymorphisms (SNP's)) occurring in a set of neuroendocrine genes. Most studies attempting to determine if a mutation in a genes increases one's risk for a disease contrast how frequently that mutation occurs in patients versus controls. This study, like most others in these reports, took a systems approach. Instead of looking at whether one or a handful of polymorphisms were more commonly found in CFS patients, these researchers looked at a suite of about 50 inter-related neuroendocrine genes containing about 500 polymorphisms.

**A Systems Approach -** One of the central assumptions underlying the Pharmacogenomics projects seems to be that there is no silver bullet or single aberration waiting to be uncovered in CFS. Instead CFS is caused by a variety of problems, some subtle, some not-so-subtle, that combine together to create the condition we know as CFS. This idea is not unique to CFS - some researchers believe that broad systemic alterations underlie the problems in other complex, chronic diseases such as diabetes, heart disease, etc.

**Findings**

These researchers were able to differentiate CFS patients from healthy controls using a combination of 28 SNP's occurring in eight neuroendocrine genes. This finding appears to confirm the systemic nature of the neuroendocrine involvement in CFS; it took mutations in a large set of genes before they were able to detect significant differences between the neuroendocrine mutation rates in CFS patients and the healthy controls. *Does this suggest that the neuroendocrine vulnerability to CFS is both broad and shallow (?)*

The researchers singled out five genes of special-interest:

**Neuronal tryptophan hydroxylase (TH2**

)

gene - involved in tryptophan breakdown and serotonin production

**5-hydroxytryptamine transporter (HTT)**

gene - involved in transporting serotonin metabolites out of the cell

- Serotonin – A vasoconstrictor and neurotransmitter, liberated by blood platelets, that inhibits gastric secretions and stimulates smooth muscle; present in relatively high concentrations in two areas of the central nervous system (basal ganglia, hypothalamus) that are of special interest in CFS (See **Central Fatigue in CFS**). Smooth muscles are found in the internal organs including the lungs and lining the blood vessels. The vast majority of serotonin is not found in the brain but in the plasma, gastrointestinal tract and immune tissues.
- An endocrinologist, Dr. Cleare, has posited that that reduced serotonin receptor activity (possibly in response to high serotonin levels) could cause a wide variety of involving sleep, pain, motivation and sexual activity among others in CFS and other diseases **(click here)**. Reduced serotonin activity has been found in both depression and anxiety.
- A recent study finding of decreased gastric emptying in CFS suggests that low serotonin levels could also contribute to the gastrointestinal problems found in CFS. Both Dr. Cheney

and Dr. De Meirleir believe that gut problems can contribute significantly to CFS. Several studies also suggest that low serotonin may contribute to the pain in FMS. Serotonin also plays a role in the distribution of on body fat – an intriguing finding given the increased waist/hip ratio's found in CFS.

- The 2003 Narita study found increased rates of a mutation in the in a serotonin transporter gene that results in <u>increased</u> serotonin uptake. By reducing serotonin levels in the synapses of the nerves this mutation could also lead to <u>reduced</u> serotonin activity in CFS. A recent study also suggested that reduced serotonin activity contributes to the pain in FMS. It is conceivable that altered serotonin activity in different parts of the brain contributes to the fatigue and pain in CFS and FMS respectively.

The

**catechol - O - methlytransferase (COMT)** gene involved in regulating norepinephrine and epinephrine levels. Increased mutations rates of the COMT gene occur in some mood disorders.

- Norepinephrine (NE) - a sympathetic nervous system (SNS) agent (catecholamine) produced in response to low blood pressure and physical stress, NE regulates blood flows (constricts blood vessels) and is an immune system regulator. Reduced NE levels could result in increased inflammation via increased TNF-a, IFN-y, nitric oxide production etc. Increased NE, on the other hand, could lead to reduced blood flows and predominantly anti-inflammatory cytokine production.
- Epinephrine (E) (adrenaline) - another SNS catecholamine, epinephrine causes increased heart rate and force of contraction, vasoconstriction or vasodilation, relaxation of the bronchiolar and intestinal smooth muscles, glycogenolysis, lipolysis, and other metabolic effects. Epinephrine also helps regulate (inhibit) the immune response.

The

**cortisol receptor gene (NR31)** and two genes for **corticotropin releasing hormone receptors (CRHR1, CRHR2)**

- Corticotropin releasing hormone (factor) - sits at the top of the HPA axis. It stimulates the pituitary to produce ACTH which in turn prompts the adrenal glands to produce cortisol. A main initiator of the stress response, low CRH production could result in low cortisol levels.
- Cortisol – the main adrenal stress hormone increases blood glucose levels (energy), moderates immune activity and regulates HPA axis activity during stress.

*There is evidence of altered serotonin activity in CFS, increased norepinephrine levels and sympathetic nervous activity in CFS, reduced cortisol levels, and reduced responsiveness of HPA axis (CRH). These findings, therefore, are consistent with much of what we know of neuroendocrine functioning in CFS.*

*It is perhaps notable that four of the five genes regulate immune functioning and three of the five affect blood flows. The authors were not interested in these features but briefly noted that these genes affect the way the body responds to internal signals through the process of interoception.*

### INTEROCEPTION

The interoceptive system relates to the information conveyed to the spinal cord and the brain by sensory nerve cells returning from the organs, cardiovascular system, the skin and muscles. The Aslakson group studying subsets in CFS proposed that one of the three subsets of CFS patients and one of the two subsets of idiopathic fatigue patients identified were characterized by altered interoception. The interactions that serotonin,

norepinephrine, epinephrine, cortisol and CRH have with the interceptive system suggests to these researchers that it may come into play in CFS.

This study appears to provide powerful evidence that CFS patients have inherited gene mutations that impair their responses to stressors such as exercise, infection, etc. How important these mutations are, however, is unclear. This study got the most attention in the press but was it the most significant? It was not a slam dunk. The authors stated that the accuracies - 75% accuracy in differentiating CFS patients from controls - did '*not look spectacular*' and noted that researchers really like to see a 90%+ classification success rate. Some outside researchers have questioned the validity of the results given the relatively low number of samples. Others questioned whether other sets of polymorphisms might have produced better results. The authors noted that their accuracy would have been improved not by winnowing out some of the CFS patients but by eliminating those healthy controls who now or earlier had suffered from a bout of long-term unexplained fatigue. Surprisingly this turned out to apply to about 15% of the healthy controls and suggests these factors do play a role in the production of fatigue.

Despite the low accuracy levels displayed, the authors appeared to be quite enthusiastic about their results, saying

"*What is encouraging is that this rather mysterious and elusive illness called CFS appears to be finally yielding to attempts at biomarker discovery.*"

This study is being enlarged and replicated in a different group of CFS patients. We didn't have to wait long for a validation of its results. Just a month or so after the Pharmacogenomics studies were published we got word that another large research effort involving the same data base had been completed. In June the CAMDA (Critical Assessment of Microarray Data Analysis) conference met to report their results.

**The Neuroendocrine Gene Mutations - A Summary From the CAMDA Conference**

A presentation of the findings from that conference will appear shortly but a summary of them indicates that many of the same gene mutations were highlighted in both efforts. The five studies that successfully examined the gene mutation data highlighted the following genes (some studies did multiple analyses).

- Glucocorticoid receptor (cortisol) NR3C1 - 8
- Tryptophan hydroxylase (TH) - 5
- Corticotropin Releasing Hormone Receptor 2 (CRHR2) - 4
- Catcehol-O-Methyltransferse (COMT) - 4
- Monoamine Oxidase B (MAOB) - 4
- Propiomelanocortin (POMC) - 4
- Corticotropin Releasing Hormone Receptor 1 (CRHR1) - 2
- Corticotropin Releasing Hormone (CRH) - 2

*< The 8 Malfunctioning Genes, Geneticists think cause, "Chronic Fatigue Syndrome!"*

Given the fairly large data set (50 genes) the congruence of the results is remarkable and suggests that alterations in genes involved in hormonal (cortisol, corticotorpin releasing hormone) and neurotransmitter functioning (serotonin, norepinephrine/epinephrine, dopamine) interact in ways that predispose one to CFS.

**To Pharmacogenomics Introduction / Pharma I: Allostatic Stress / Pharma II: Gene Expression /**

**Pharma IV: Subsets**

**Request for Tenancy Approval**
**Housing Choice Voucher Program**

**U.S. Department of Housing and Urban Development**
Office of Public and Indian Housing

OMB Approval No. 2577-0169
(exp. 09/30/2017)

Public reporting burden for this collection of information is estimated to average .08 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number. The Department of Housing and Urban Development (HUD) is authorized to collect information required on this form by Section 8 of the U.S. Housing Act of 1937 (42 U.S.C. 1437f). Collection of the data on the family's selected unit is mandatory. The information is used to determine if the unit is eligible for rental assistance. HUD may disclose this information to Federal, State, and local agencies when relevant civil, criminal, or regulatory investigations and prosecutions. It will not be otherwise disclosed or released ourside of HUD, except as permitted or required by law. Failure to provide any of the information may result in delay or rejection of family voucher assistance.

| 1. Name of Public Housing Agency (PHA) | 2. Address of Unit (street address, apartment number, city, State & zip code) |
|---|---|
| Housing Authority of Cook County<br>175 W Jackson Blvd., Suite 350<br>Chicago, IL 60604 | 4380 CENTRAL AVE. APT A<br>WESTERN SPRINGS, IL. 60558 |

| 3. Requested Beginning Date of Lease<br>AUGUST 1, 2019 | 4. Number of Bedrooms<br>STUDIO | 5. Year Constructed<br>1888 | 6. Proposed Rent<br>$1,000.00 | 7. Security Deposit Amt.<br>$1,000.00 | 8. Date Unit Available for Inspection<br>AUGUST 15, 2019 |
|---|---|---|---|---|---|

9. Type of House/Apartment

[X] Single Family Detached    [ ] Semi-Detached / Row House    [ ] Manufactured Home    [ ] Garden / Walkup    [ ] Elevator / High-Rise

10. If this unit is subsidized, indicate type of subsidy:

[ ] Section 202    [ ] Section 221(d)(3)(BMIR)    [ ] Section 236 (Insured or noninsured)    [ ] Section 515 Rural Development

[ ] Home    [ ] Tax Credit

[X] Other (Describe Other Subsidy, Including Any State or Local Subsidy)    SECTION 8 RENTAL ASSISTANCE

11. Utilities and Appliances
The owner shall provide or pay for the utilities and appliances indicated below by an "O". The tenant shall provide or pay for the utilities and appliances indicated below by a "T". Unless otherwise specified below, the owner shall pay for all utilities and appliances provided by the owner.

| Item | Specify fuel type | | | | | Provided by | Paid by |
|---|---|---|---|---|---|---|---|
| Heating | [ ] Natural gas | [ ] Bottle gas | [ ] Oil | [ ] Electric | [ ] Coal or Other | O | O |
| Cooking | [X] Natural gas | [ ] Bottle gas | [ ] Oil | [ ] Electric | [ ] Coal or Other | O | T |
| Water Heating | [ ] Natural gas | [ ] Bottle gas | [ ] Oil | [ ] Electric | [ ] Coal or Other | O | O |
| Other Electric | | | | | | O | O |
| Water | | | | | | O | O |
| Sewer | | | | | | O | O |
| Trash Collection | | | | | | O | O |
| Air Conditioning | | | | | | O | O |
| Refrigerator | | | | | | O | O |
| Range/Microwave | | | | | | T | T |
| Other (specify) | | | | | | | |

12. Owner's Certifications.

a. The program regulation requires the PHA to certify that the rent charged to the housing choice voucher tenant is not more than the rent charged for other unassisted comparable units. **Owners of projects with more than 4 units must complete the following section for most recently leased comparable unassisted units within the premises.**

| Address and unit number | Date Rented | Rental Amount |
|---|---|---|
| 1. 4380 CENTRAL APT D | 2/1/19 | $1150.00 |
| 2. | | |
| 3. | | |

b. The owner (including a principal or other interested party) is not the parent, child, grandparent, grandchild, sister or brother of any member of the family, unless the PHA has determined (and has notified the owner and the family of such determination) that approving leasing of the unit, notwithstand-ing such relationship, would provide reasonable accommodation for a family member who is a person with disabilities.

c. Check one of the following:

_____ Lead-based paint disclosure requirements do not apply because this property was built on or after January 1, 1978.

_____ The unit, common areas servicing the unit, and exterior painted surfaces associated with such unit or common areas have been found to be lead-based paint free by a lead-based paint inspector certified under the Federal certification program or under a federally accredited State certification program.

_____ A completed statement is attached containing disclosure of known information on lead-based paint and/or lead-based paint hazards in the unit, common areas or exterior painted surfaces, including a statement that the owner has provided the lead hazard information pamphlet to the family.

13. The PHA has not screened the family's behavior or suitability for tenancy. Such screening is the owner's own responsibility.

14. The owner's lease must include word-for-word all provisions of the HUD tenancy addendum.

15. The PHA will arrange for inspection of the unit and will notify the owner and family as to whether or not the unit will be approved.

## OWNER

Print or Type Name of Owner/Owner Representative

JOHN BRANNEN

Signature

Business Address                    IL  60558

901 BURLINGTON AVE, WESTERN SPGS

Telephone Number          Date (mm/dd/yyyy)

708-246-3737           07/11/2019

## TENANT

Print or Type Name of Household Head

CARL BASS

Signature (Household Head)

Carl Bass

Present Address of Family  (street address, apartment no., city, State, & zip code)

36 S. KENSINGTON AVE. LA GRANGE, I

Telephone Number          Date (mm/dd/yyyy)

1·224·830·8145

**The Disclosure must be completed, signed by Tenant and Landlord, and returned with the Request for Tenancy Approval in order to begin the process for Inspection.**

## Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards
## Housing Authority of Cook County

Client Name _CARL BASS_          Client # _£0002491_

**Lead Warning Statement**

*Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.*

**Owner's Disclosure**

(a)  Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

   (i) _____ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

   _____

   (ii) _✓_ Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b)  Records and reports available to the lessor   (check (i) or (ii) below):

   (i) _____ Lessor has provided the lessee with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

   _____

   (ii) _✓_ Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Tenant's Acknowledgment** (initial)

(c)  _____ Lessee has received copies of all information listed above.

(d)  _CB_ Lessee has received the pamphlet *Protect You're Family from Lead in Your Home.*

**Agent's Acknowledgment** (initial)

(e)  _____ Agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852(d) and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

Owner _____     Date _7-11-2019_

Tenant _Carl Bass_                   Date _July 9, 2019_

Agent _____     Date _7-11-2019_

Friday
November 22, 2019

John,
We need to talk about the Neighbor's
Violin playing coming through my Bathroom &
Kitchen walls. As we spoke on November 13, 2019
at the office, they haven't moved it to the Back
Porch, or to the Back Bedroom with the door
closed, it's still right on the other side of
my walls !!!!

Please call me Back
about this,
Carl Bass
1-224-830-8145

* I called Lawrence about this Yesterday
I received No call back.

**Fifth Avenue Property Management**
**901 Burlington Avenue, Suite 208**
**Western Springs, IL 60558**
**708-246-3737 o    708-246-2985 f**
e-mail: jamesdouglas3737@aol.com

January 8, 2021

Mr. Carl Bass
4380 Central Avenue
Apartment A
Western Springs, IL 60558

RE: Noise Control

*So the Disabled Man/Me/Carl Bass, was Expected to Accommodate My Healthy Neighbors, or Move! I never said anything about People Taking Showers, Etc.!*

Dear Carl,

We received your letter and wanted to discuss some options for you. We understand that you have a disability where you are acutely sensitive to noise. As the property owner and manager for our properties, I want to make sure that everyone lives in a nice, quiet and safe environment. This applies to you and other Tenants as well.

I did read the Noise Control ordinance for Western Springs and it does use the words "Excessive, Unnecessary or Unusually Loud noise which disturbs the peace to any reasonable person of **normal sensitiveness** residing within the village.

Our family has owned 4380 Central for many generations and have experienced that unless there is a large party going on, we never would get complaints from fellow Tenants. I think people who choose to live in an 1888 historic home would understand that things are probably not super quiet and usual noises associated with living in an apartment would be expected – taking showers, baths, making meals, walking in the apartment and outside halls, talking, etc.

We obviously enjoy having you at 4380 Central but if noise will be a continual nuisance to you, then I can only think of 2 options:

1) Purchase a pair of noise cancelling head phones where you will hear absolutely nothing; or,

2) Move to a more private residence.

If living at 4380 Central is causing you distress then I have one more suggestion for you. I looked in our file and we have a one bedroom Coach House in La Grange coming up in the Spring. It is very secluded and not near any homes -- you will be able to regulate the noise in a home better than an apartment with multiple occupants.

Please let me know if you are interested in looking at the Coach House, it is $1500 and includes water/sewer. Tenant is responsible for electricity and heating/cooking gas. The man currently living there is retiring and leaving the state and will be vacating at the end of May. Thank you.

Sincerely,

# CHAPTER 2

## NOISE CONTROL

village ordinance law

SECTION:

5-2-1: Disturbing The Peace Prohibited

5-2-2: Illinois Noise Pollution Control Regulations Adopted

5-2-3: Limitations On Construction Noise

5-2-4: Limitations On Lawn Maintenance Equipment Noise

5-2-5: Limitations On Utility Equipment

**5-2-1: DISTURBING THE PEACE PROHIBITED:**
It shall be unlawful for any person to wilfully make, continue or cause to be made or continue any excessive, unnecessary or unusually loud noise which disturbs the peace and quiet of any neighborhood, or which causes discomfort or annoyance to any reasonable person of normal sensitiveness residing within the corporate limits of the village. (Ord. 95-1950, 9-25-1995)

**5-2-2: ILLINOIS NOISE POLLUTION CONTROL REGULATIONS ADOPTED:**
There is hereby adopted by reference as part of this code, for the purpose of providing reasonable standards regarding noise pollution control, the state of Illinois noise pollution control regulations, chapter 8, "noise regulations", passed by the Illinois pollution control board on July 31, 1977, and as subsequently amended, and the same is hereby adopted as the noise pollution control code of the village. (Ord. 95-1950, 9-25-1995)

**5-2-3: LIMITATIONS ON CONSTRUCTION NOISE:**
   A.   Heavy Equipment: No person may use heavy equipment for construction purposes except between seven thirty o'clock (7:30) A.M. and eight o'clock (8:00) P.M. Monday through Friday and between nine o'clock (9:00) A.M. and five o'clock (5:00) P.M. on Saturday and between twelve o'clock (12:00) noon and four o'clock (4:00) P.M. on Sunday without having first obtained a written permit from the department of code enforcement. In no case shall such equipment be used on the following federal holidays: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day. For purposes of this chapter, "heavy equipment" shall mean bulldozers, jackhammers, pile drivers, power hammers, chain saws, graders, riveters, earthmovers, tree and stump grinders, trenchers, cement mixers, tractors, power hoists or derricks, demolition balls, power shovels, trucks and power equipment on wheels or traction chains. (Ord. 04-2293, 5-24-2004)

   B.   Other Tools: Tools other than heavy equipment for construction purposes or "lawn maintenance equipment" as defined in section 5-2-4 of this chapter, may be used at any time within a fully enclosed structure so long as use of said tools complies with all other applicable codes and ordinances of the village; any use of such tools outside of a fully enclosed structure except for snow removal equipment shall be permitted between the hours of seven thirty o'clock (7:30) A.M. and eight o'clock (8:00) P.M. on Monday through Friday and between ten o'clock (10:00) A.M. and four o'clock (4:00) P.M. on Saturday between twelve o'clock (12:00) noon and four o'clock (4:00) P.M. on Sunday. (Ord. 98-2057, 10-26-19

   C.   Emergencies Excepted: This chapter shall not apply in any situation which requires heavy equipment or other tools in emergencies to assist or avoid a problem related to health or to safety o persons or property or to sewer, water, power, utility or telephone interruptions.

   Building Permits: All Western Springs building permits will be subject to the provisions of th ter.

*Look at the 2ND Page!*

Saturday, November 20, 2021

Dear Carl,

The new girl who moved in downstairs is Michelle Berger, a very nice and quiet girl who came here for the same reason you did – she wanted peace and quiet. She is a very respectful and considerate person.
Before she moved in I told her about you – I explained to her that you are hypersensitive to noise and have some medical ailments - I did not go into detail about them.

I told her if she is looking for a quiet place, this is the perfect apartment because she would never know someone is living above her – I conveyed to her how super quiet and considerate you are and that since I moved here in April, I have only seen you maybe twice.

Anyway, I spoke with Michelle this morning and she asked me to handle this for her. And if anything like this happens in the future, she is perfectly fine to talk to you directly – you will find her a pleasant person to converse with.

She normally goes to bed between 9 – 10:30 pm, and her television never goes above the "5" volume setting – which is low – and it is set to automatically shut off. She has a stressful job and understands the need for a quiet place to live.
She will be careful about any unnecessary noise – but I want to explain to you that living in an apartment building you must understand you will hear things. My apartment is adjacent to Michelle's and I can hear footsteps and noise in the kitchen which is all normal. And to be quite honest, after coming from a 6000 square foot home and living by myself, I have to tell you it's actually nice to hear other people nearby. I am typically a quiet person at home *but* would be perturbed by loud noises between 10 or 11 pm to 8 am.

I can think of a few options for you:

   1) We would be willing to split the cost with you for new carpeting and soundproof padding in your studio to help muffle the noise from below;

2) If you are extremely sensitive to noise – I would recommend wearing noise cancelling head phones during the day

3) If this persists you may want to look into other housing arrangements – perhaps a single family home where you would have more control of surrounding noise.

Of course these are only suggestions and we don't want you to take them the wrong way. We enjoy having you at 4380 Central and hope you stay there a long time. But if these things are chronically upsetting, you may need to reconsider your options.

Please get back to me at your convenience with how you'd like to proceed or if you can give us any other ideas – we are here to accommodate everyone. Thank you.

Wishing you a Happy Thanksgiving!

John Brannen

**James Douglas & Associates**
**901 Burlington Avenue, Suite 208**
**Western Springs, IL  60558**
Phone: 708-246-3737    Fax: 708-246-2985
e-mail: jamesdouglas3737@aol.com

December 22, 2021

Dear Carl,

I hope this letter finds you well. I am writing to relay to you that the other tenants in the building do not want to receive letters from you anymore. They find them very disturbing and wish to be left alone and live here in peace.

If you have a problem with someone or something at 4380 Central Avenue, then please bring it up to me directly.

Michelle told me the police called her today about her television set volume being set too loud. She was almost in tears. I live right next to Michelle in the Main apartment and barely hear her, if at all. She cooks quietly, I don't even hear her dog anymore – so she is trying.

Please keep in mind that this is an Apartment building, not your private home. If you are that hypersensitive to sounds then I already gave you several suggestions – you can put in ear plugs, you can get noise canceling headphones, or if you plan on staying at 4380 longer, then I told you we would even consider splitting the cost of carpeting your apartment to baffle the noise. These are the only reasonable suggestions I can think of, and of course, if the noise is bothering you excessively to the point where you are becoming ill, then I would recommend you live elsewhere.

I understand migraines, I get them too and they are not fun. But I would never dream of asking a neighbor to alter their normal lifestyle for me. You have a hypersensitivity to sound and to ask Michelle to keep her television set to a level she cannot hear is not being realistic.

I was not aware your condition was this severe, you should have your case worker come visit the apartment and see what can be done to your environment so it's less triggering.

And please don't misinterpret the tone of this letter - I want to help you, let me know how we can fix this problem.

Sincerely,

John Brannen

*John, you made M. Berger,, "Alter her Normal Lifestyle", REAL QUICK, when her Dog was Barking its head off, all Day Long, & it was getting on Your Nerves, didn't You? It had to STOP Real Quick, didn't it?*

Friday January 7, 2022

Dear John,

If you give me any more Letters in the Future, could you _Please_ Stop Mis-Diagnosing Me Medically as Supposedly having/saying," You have a Hypersensitivity to Sound." I have a Sensitivity to SOME Sounds, NOT ALL Sounds. I do Not _Only_ have Migraine Headaches, I have "Chronic Fatigue Syndrome, =CFS," which is a DNA Disorder caused by 8 Malfunctioning Genes, that there's NO Cure for, (which you have Known about since Early July 2019, when we talked about this at Your office, & I gave you the SAME 2006 Article about "Chronic Fatigue Syndrome," that I've given you Again, with this Letter Packet) _____
"Chronic Fatigue Syndrome", also causes what's called, "Chronic Debilitating Fatigue", and Encompasses a Nervous System Problem, (<which I also told you about in July (<Early) 2019 - Before we Even Signed the Lease. So, I have, "CFS," Asthma, Allergies 24/7/365, with Some Food Allergies, AND Migraine Headaches. So, I don't just have ONE Illness. I have been Studying my Disability," Chronic Fatigue Syndrome," = "CFS," Since Shortly after I was Diagnosed with this Illness/Disability in April 1994, about 28 years ago now. *I have NEVER given anybody," Very Disturbing Letters !"
* Please also STOP Falsely                     Thank You,
Kristin   Mis-Characterizing, Innocent        Your Tenant,
Oblazny,  Legal/Medical Letters, or Notes,    Carl Bass
&
Michelle  or Christmas Cards, that I have Given to my Fellow
Berger →  Female Tenants as," Very Disturbing," when they were NOT !!!
Copies of Letters/Notes/Christmas Cards, Included.



7820 Graphics Drive, Suite 107
Tinley Park, Illinois 60477
(708) 873-5540

June 27, 2022

## 60 Day Notice

Dear Mr. Bass,

This letter is to serve as notice that your lease for Apartment A 4380 Central Ave. Western Springs, will not be renewed and you will need to vacate by midnight on October 31, 2022.

If you can find a new residence prior to your expiration date please let us know and we can discuss with ownership the possibility of letting you out of your lease earlier. We will also be notifying HACC for your convenience.

Please call us with any questions.

Thank you,
Network Property Management
Office: 708-873-5540
Email: rose@networkregroup.com

www.networkregroup.com

 

Brokerage • Sales • Acquisitions • Leasing • Property Management
• Commercial Maintenance • Development

*de la Couro*

# Fifth Avenue Property Management
## P.O. Box 37
### Western Springs, IL 60558
phone 708-246-3737 / fax 708-246-2985

**To:**
Carl Bass
4380 Central Avenue
Apt. A
Western Springs, IL 60558

The lease on your apartment will
expire on:

October 31, 2021
We hope that you will want to continue
occupancy, we request that you sign **BOTH**
copies of the lease renewal and return
them **BOTH** to us at the address above.
Thank you!!

---

## Renewal of Apartment Lease

This renewal agreement dated October 11, 2021 is a rider to and forms a part of the original lease
(The Lease), dated September 1, 2019 between Fifth Avenue Property Management, Lessor, and
Carl Bass, Lessee, for the above captioned apartment.

The Lease is hereby extended for an additional term of **12 months** commencing **November 1, 2021**
and ending **October 31, 2022.** The rental rate for this period shall be **$1,100** per month.

All other covenants and conditions of The Lease shall remain in effect, and no covenant or
condition of The Lease shall be deemed waived by any action or non-action in the past.

Check the appropriate response, sign, date and return **both** copies within 10 days of receiving this
renewal. We will then mail a signed copy back to you.

____✓____ Yes, I, we will renew The Lease at the terms stated above.

_____ No, I, we will not renew The Lease and will vacate premises no later than
midnight on August 31, 2021.

*Papu*  AGENT
Lessor or Agent  10-28-21

*Carl Bass October 25, 2021*
Lessee  Date

_____  _____
Lessee  Date

**UNPAID INVOICES**

Network Property Management, LLC
7820 Graphic Dr., #107
Tinley Park, IL 80477-6233
(708) 873-5540

*Landlord John, &*
*Network Property Management,*
*You guys had better check your*
*Records, I Don't owe you guys*
*a Cent !!!*                 *Call Bass*
                  *1·224·830·8145*

**Prepared For:**

Carl Bass
Brannen 4380
4380 Central Ave., Unit A
Western Springs, IL 80558

**Property:**
Brannen 4380
4380 Central Ave.
Western Springs, IL 60558

*\*And the Total Rent is $1,100.00*
*a Month NOT $1,000.00 Month!*
*You WERE PAID! EXPLAIN THIS!!!*

**Billing Information:**

| Date | Control No | Description | Total Amount | Amount Paid | Balance due |
|------|-----------|-------------|-------------|-------------|-------------|
| 04/01/2022 | 38445 | Rent | 1,000.00 | 454.00 | 546.00 |
| 05/01/2022 | 39819 | Rent | 1,000.00 | 0.00 | 1,000.00 |
| 06/01/2022 | 40458 | Rent | 1,000.00 | 0.00 | 1,000.00 |
| 07/01/2022 | 41146 | Rent | 1,000.00 | 0.00 | 1,000.00 |
| | | | | | |
| | | **Grand Total** | 4,000.00 | 454.00 | 3,546.00 |

**Notes**
REMIT UPON RECEIPT TO AVOID LEGAL ACTION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Remittance Advice**                                    (please detach and return)

| Tenant Information | | Invoice Information | |
|---|---|---|---|
| **Name:** | Carl Bass | **Unit** | A |
| **Address:** | 4380 Central Ave. | **Payment Date** | |
| **City/State/Zip** | Western Springs, IL 60558 | **Payment Amount** | |

Thank you for your prompt payment

Tuesday, July 26, 2022

Rose Gillece,

I am Enclosing a check for $681.⁰⁰, that is for Rent for Former check #182, April 1, 2022. And for check# May > 183/Former check, Both were made Out for $227.⁰⁰ each, 2022 Copy of checks Included! This is just to Prove that the checks WERE made Out, & WERE Sent to Network Property Management, In those Months. My Bank says those Checks were NEVER Cashed! My Guess is, they were LOST by the U.S. Post Office! So, this Check for $681.⁰⁰ is for My Rent Portion, of the Rent for April 2022, May 2022, & August 2022! And with Your Cooperation, with My Cook County Housing Authority Caseworker Loretta Miller, you Guys Should be PAID in Full Your $3,546.⁰⁰ In NO Time at all!!! I Ask You NOT to Deposit this Check Until August Monday August 1, 2022 - that Way My August 2022 SSI Social Security Money Will have been Direct Deposited into My Bank Account by then! This Situation Should NEVER HAVE been Allowed to Get this BAD!!! If I had been Notified About this In April 2022, I WOULD have Taken IMMEDIATE Corrective Action, & I Wouldn't have LET this Situation, Get this BAD!!! BEFORE it was CORRECTED!!! I Look Forward to Your Cooperation, for a QUICK Resolution of this ENTIRE Matter!!!

Sincerely,
Carl Bass

# Huntington Online Viewer



Huntington customers can access check images for free through Online Banking - Enroll Now!

Front:

CARL BASS      RECEIVED                June 1, 2022          185
                                                            70-7257/2719 323
               MAY 2 3 2022            _____       9875865310
                                        Date

Pay to the    Network Property Management    | $ 227.00
Order of _____

Two Hundred Twenty Seven Dollars -          Dollars   [icon]

**tcf** TCF National Bank
bank   tcfbank.com

For My Rent Portion June 1-30-22    Carl Bass

⑈271972572⑈ 9875865310⑈  00185

Back:

<div style="writing-mode: vertical">
Pay to the Order of
Fifth Third Bank
For Deposit Only
Network Property Management - Brannen4380
</div>

Rose, My Bank has confirmed that these
2 Months checks were cashed, June 22, &
July 22.

# Huntington Online Viewer



Huntington customers can access check images for free through Online Banking - Enroll Now!

Front:



Back:

**CARL BASS**

188

70-7257/2719 323
9875865310

*July 27, 2022*
Date

Pay to the
Order of *Network Property Management*                    $ *681.00*

*Six Hundred & Eighty One Dollars & No Cents* Dollars

Photo
Safe
Deposit®
Details on back

**tcf** TCF National Bank
bank   tcfbank.com

For *My Rent Portions for:*
*April, May, & August 2022*               *Carl Bass*                    MP

⑆271972572⑆ 9875865310⑈   00188

Harland Clarke                                                                BLUE SHEFFIELD™



7820 Graphics Drive, Suite 107
Tinley Park, Illinois 60477
708-873-5540

September 26, 2023

## NOTICE OF NON-RENEWAL

Dear Mr. Bass,

This letter is to serve as notice that your lease for Apartment A 4380 Central Ave. Western Springs, will not be renewed beyond October 31, 2023.

Please call us with any questions.

Thank you,
Network Property Management
Office: 708-873-5540
Email: rose@networkregroup.com




www.networkregroup.com

Brokerage • Sales • Acquisition • License • Property Management
• Commercial Maintenance • Development

**CARL BASS**

1092

25-2/440

Date _November 1, 2023_

Pay to the Order of _Network Property Management_   $ 230.⁰⁰

_Two Hundred Thirty Dollars_ —————— Dollars

**Huntington**

Memo _My Rent Portion Nov. 1-30.23'_   _Carl Bass_

⑆044000024⑆ 0206821463 2⑈01092

---

**CARL BASS**

1091

25-2/440

Date _December 1, 2023_

Pay to the Order of _Network Property Management_   $ 230.⁰⁰

_Two Hundred Thirty Dollars_ —————— Dollars

**Huntington**

Memo _My Rent Portion Dec. 1-31.23'_   _Carl Bass_

⑆044000024⑆ 0206821463 2⑈01091

---

**CARL BASS**

1093

25-2/440

Date _January 1, 2024_

Pay to the Order of _Network Property Management_   $ 230.⁰⁰

_Two Hundred Thirty Dollars_ —————— Dollars

**Huntington**

Memo _My Rent Portion Jan. 1-31.24'_   _Carl Bass_

⑆044000024⑆ 0206821463 2⑈01093

---

**CARL BASS**

1094

25-2/440

Date _February 1, 2024_

Pay to the Order of _Network Property Management_   $ 230.⁰⁰

_Two Hundred Thirty Dollars_ —————— Dollars

**Huntington**

Memo _My Rent Portion Feb. 1-29.24'_   _Carl Bass_

⑆044000024⑆ 0206821463 2⑈01094



**UNITED STATES POSTAL SERVICE.**

WESTERN SPRINGS
4479 LAWN AVE
WESTERN SPRINGS, IL 60558-9998
(800) 275-8777

10/02/2023                          01 04 PM

---

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

---

First-Class Mail®       1                    $3.03
Large Envelope
   Chicago, IL 60606
   Weight: 0 lb 8.00 oz
   Estimated Delivery Date
    Wed 10/04/2023

---

Grand Total:                             $3.03

---

Debit Card Remit                         $3.03
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX7838
   Approval #: 448510
   Transaction #: 523
   Receipt #: 017999
   Debit Card Purchase: $3.03
   AID: A0000000042203          Chip
   AL: US Debit
   PIN: Verified

---

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

---

UFN: 168340-0558
Receipt #: 840-56040013-3-5688822-2
Clerk: 06