# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Carl William Bass,

Plaintiff,

v.

John Bannen,

Defendant,

Case No. 23 C 354

Judge M. David Weisman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff and against defendants

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff shall recover costs from defendants.

☐ in favor of defendant and against plaintiff

Defendant shall recover costs from plaintiff.

☒ other: On 9/16/25, the Court ordered that any amended motion for additional penalties-the only issue remaining in this suit-was due 10/1/25. Because defendant did not file an amended motion and the parties have otherwise settled the case, the Court dismisses this suit with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge M. David Weisman on 11/19/2025.

Date: 11/19/2025

Thomas G. Bruton, Clerk of Court

Jannette Nunez, Deputy Clerk